No. 77–562. EARLEY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 77–585. INDIANA ET AL. v. CHOUDHRY. C. A. 7th Cir. Certiorari denied.

No. 77–600. LANSING BOARD OF EDUCATION ET AL. v. NATIONAL ASSOCIATION FOR ADVANCEMENT OF COLORED PEOPLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–616. HOLLYWOOD, INC. v. CITY OF HOLLYWOOD. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 77–625. LEWIS, AKA KENNEDY v. GREYHOUND LINES-EAST ET AL. C. A. D. C. Cir. Certiorari denied.

No. 77–676. THOMPSON v. BOARD OF ELECTIONS OF KENTON COUNTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 77–692. ORSINI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–5133. KRAUT v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 77–5173. HAWKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 77–5259. JOHNSON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 77–5261. DOYLE v. MAGGIO, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 77–5276. CAMPBELL v. UNITED STATES;
No. 77–5390. WILLIAMS v. UNITED STATES; and
No. 77–5399. WILLIAMS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 559 F. 2d 1213.